IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF MISSISSIPPI

UNITED STATES OF AMERICA

V.  NO. 3:19-CR-11-1

BRANDON LAWRENCE

## ORDER APPOINTING COUNSEL

On September 16, 2020, Brandon Lawrence was sentenced to 292 months of imprisonment on Count One of the Indictment and 292 months of imprisonment on Count Three of the Indictment, to be served concurrently. Doc. #391. On or about June 21, 2021, Lawrence filed a pro se "Motion for Reinstatement of Direct Appeal Right Pursuant to Title 28 U.S.C. Section 2255." Doc. #643. Lawrence subsequently submitted an updated financial affidavit seeking the appointment of counsel with respect to his motion. Doc. #673. Because the Court concludes that a hearing on Lawrence's motion is necessary and that Lawrence has demonstrated he is financially unable to obtain counsel, T. Murry Whalen is **APPOINTED** to represent Lawrence regarding his § 2255 motion.[1] This appointment shall remain in effect until terminated or a substitute attorney is appointed or retained.

**SO ORDERED**, this 28th day of March, 2022.

/s/ Debra M. Brown
**UNITED STATES DISTRICT JUDGE**

---

[1] Given the nature of the issue raised by Lawrence in his § 2255 motion and because most of the CJA Panel attorneys in this district were involved in this multi-defendant case, the Court concludes appointment of counsel outside this district is warranted.